## Kauffmann Naturalization Case.

Submitted January 6, 1959. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and MCBRIDE, JJ.

*Mabel G. Turner*, Assistant United States Attorney, and *Harold K. Wood*, United States Attorney, for appellant.

*Donald W. Lehrkinder*, for appellee.

OPINION PER CURIAM, March 16, 1959:

The Federal Government has appealed from a decree of naturalization entered by the Court of Common Pleas of Delaware County. Our study of the problem presented impels the conclusion that the opinion of President Judge SWENEY for the court below correctly and satisfactorily disposed of the question raised by the appellant. Accordingly, the decree is affirmed on the opinion for the court below reported in 13 Pa. D. & C. 2d 788.

Order affirmed.